```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 2 0 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AKIESHA WILSON, KHALIL WILSON AND KASANDRA WILSON,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK AND POLICE OFFICER JOAN FERREIRA (TAX 941746),
and JOHN DOES 1-5,

                                      Defendants.

-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-03192 (KBF)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
June 7, 2016

REIBMAN & WEINER
*Attorneys for Plaintiffs*
26 Court Street, Suite 1808
Brooklyn, New York 11242
(718) 522-1743

By: _____
James Sanborn
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York
    and Ferreria*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Beth Hoffman
*Senior Counsel*

SO ORDERED:

_____
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

Dated: 6/20, 2016